## AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 4, LOCAL 1186 *v.* BOARD OF EDUCATION OF THE CITY OF NEW BRITAIN ET AL.
## (AC 34283)

Robinson, Bear and Borden, Js.

Argued February 13—officially released March 5, 2013

Per Curiam. The judgment is affirmed.

## CHRISTIAN D. WILLIAMS *v.* CATHIE CATON
## (AC 34757)

DiPentima, C. J., and Gruendel and Harper, Js.

Argued February 7—officially released March 5, 2013

Per Curiam. The judgment is affirmed.

## ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION *v.* RALPH ARCAMONE, JR., ET AL.
## (AC 34633)

Beach, Robinson and Bishop, Js.

Submitted on briefs February 4—officially released March 5, 2013

Per Curiam. The judgment is affirmed.